## IRVIN BARRETT v. STATE.

No. A-1941. Opinion Filed February 21, 1914.

Appeal from County Court, Hughes County;
J. Ross Bailey, Judge.

Irvin Barrett was convicted of a violation of the prohibitory law, and appeals. Affirmed.

Crump & Skinner, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted upon an information charging the unlawful sale of intoxicating liquor to one Aaron Toby, and on the 27th day of January, 1913, in accordance with the verdict of the jury, he was sentenced to be confined thirty days in the county jail, and to pay a fine of one hundred dollars. No brief has been filed. We have examined the information, the instructions of the court, and the judgment and sentence, and we have discovered no error which will warrant a reversal of the judgment. The judgment is therefore affirmed. Mandate forthwith.